# United States District Court
## *Southern District of Georgia*

MICHAEL ALLEN HOLLAND,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV216-067
CR206-003

UNITED STATES OF AMERICA,

    Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on July 12, 2016, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

Holland's motion is DISMISSED and this civil action is CLOSED.



July 12,  2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*